Leigh Goddard, NV Bar No. 6315
Chelsea Latino, NV Bar No. 14227
McDONALD CARANO LLP
100 W. Liberty St., Tenth Floor
Reno, Nevada 89501
(775) 788-2000
lgoddard@mcdonaldcarano.com
clatino@mcdonaldcarano.com

*Attorneys for Defendant*
*Caesars Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER P. BURKE, in his capacity as Bankruptcy Trustee for the Bankruptcy Estate of ALIX ANGELA MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 3:21-cv-00194-MMD-WGC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff Christopher P. Burke, in his capacity as Bankruptcy Trustee for the Bankruptcy Estate of Alix Angela Martinez ("Plaintiff"), and Defendant Caesars Entertainment, Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree to extend the deadline for Defendant to answer or otherwise respond to the Complaint to June 9, 2021.

/ / /

/ / /

/ / /

/ / /

This is the parties' first request for an extension as Defendant requires additional time to respond. The request is not intended to cause any undue delay or prejudice any party.

Dated: May 19, 2021.

| KEMP & KEMP, ATTORNEYS AT LAW | McDONALD CARANO LLP |
|---|---|
| /s/ James P. Kemp | /s/ Chelsea Latino |
| James P. Kemp, Esq.<br>Nevada Bar No. 006375<br>7435 W. Azure Drive, Suite 110<br>Las Vegas, NV 89130<br>(702) 258-1183<br>jp@kemp-attorneys.com | Leigh Goddard, NV Bar No. 6315<br>Chelsea Latino, NV Bar No. 14227<br>100 W. Liberty St., Tenth Floor<br>Reno, Nevada 89501<br>(775) 788-2000<br>lgoddard@mcdonaldcarano.com<br>clatino@mcdonaldcarano.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 20, 2021