Leigh Goddard, NV Bar No. 6315
Chelsea Latino, NV Bar No. 14227
McDONALD CARANO LLP
100 W. Liberty St., Tenth Floor
Reno, Nevada 89501
(775) 788-2000
lgoddard@mcdonaldcarano.com
clatino@mcdonaldcarano.com

*Attorneys for Defendant
Caesars Entertainment, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER P. BURKE, in his capacity as Bankruptcy Trustee for the Bankruptcy Estate of ALIX ANGELA MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 3:21-cv-00194-HDM-WGC<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PENDING OUTCOME OF RESCHEDULED EARLY NEUTRAL EVALUATION SESSION**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff Christopher P. Burke, in his capacity as Bankruptcy Trustee for the Bankruptcy Estate of Alix Angela Martinez ("Plaintiff"), and Defendant Caesars Entertainment, Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree, and respectfully request that the Court stay all discovery in this action, pending the outcome of the Early Neutral Evaluation ("ENE") session scheduled for September 24, 2021. *See* ECF No. 24. This is the parties' first request to stay discovery.

/ / /

1. The ENE was originally scheduled to commence on July 22, 2021 before Magistrate Judge Baldwin.  ECF No. 14.

2. The ENE was subsequently rescheduled to August 6, 2021.  ECF No. 21.

3. On August 5, 2021, Plaintiff filed an emergency motion to continue the ENE due to the fact that Ms. Martinez was in the hospital.  ECF No. 22.

4. At the ENE on August 6, 2021, the Court granted the motion and rescheduled the ENE to September 24, 2021.  ECF No. 24.  The parties further agreed to exchange information in advance of the ENE by September 7, 2021.  *See id.*

5. Prior to the rescheduling of the ENE, on July 9, 2021, Plaintiff served a First Set of Requests for Production of Documents to Defendant.  The current deadline to respond and object to this discovery is August 12, 2021.

6. On July 10, 2021, Plaintiff also noticed the deposition of Defendant on September 11, 2021 pursuant to Fed. R. Civ. P. 30(b)(6).  Undersigned counsel have not yet had the opportunity to confer about the 63 matters for examination listed in this deposition notice.

7. Given the timing of the rescheduled ENE and to explore the possibility of settlement without incurring the expense of conducting discovery and discovery motion practice, the parties stipulate, agree, and respectfully request that discovery be stayed pending the outcome of the rescheduled ENE. *See also* ECF No. 24.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8. If no resolution is reached at the ENE, that parties agree as follows: (a) Plaintiff will re-notice the deposition of Defendant; (b) counsel will confer about the topics of examination; and (c) Defendant will serve any responses and objections to Plaintiff's First Set of Requests for Production of Documents by October 22, 2021.

Dated: August 12, 2021.

| KEMP & KEMP | McDONALD CARANO LLP |
|---|---|
| /s/ James P. Kemp | /s/ Chelsea Latino |
| James P. Kemp | Leigh Goddard, NV Bar No. 6315 |
| Nevada Bar No. 006375 | Chelsea Latino, NV Bar No. 14227 |
| 7435 W. Azure Drive, Suite 110 | 100 W. Liberty St., Tenth Floor |
| Las Vegas, NV 89130 | Reno, Nevada 89501 |
| (702) 258-1183 | (775) 788-2000 |
| jp@kemp-attorneys.com | lgoddard@mcdonaldcarano.com |
| | clatino@mcdonaldcarano.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE

DATED: August 13, 2021

3