# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER P. BURKE, in his capacity as Bankruptcy Trustee for the Bankruptcy Estate of ALIX ANGELA MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 3:21-cv-00194-HDM-WGC<br><br>ORDER GRANTING<br>**STIPULATION AND ORDER FOR SUBSTITUTION OF DEFENDANT** |

Pursuant to LR IA 6-2, LR 7-1, and Rule 15 of the Federal Rules of Civil Procedure, Plaintiff Christopher P. Burke, in his capacity as Bankruptcy Trustee for the Bankruptcy Estate of Alix Angela Martinez ("Plaintiff"), and Defendant Caesars Entertainment, Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. In the Complaint (ECF No. 1), Plaintiff alleges Ms. Martinez was employed by Defendant Caesars Entertainment, Inc. ("Caesars") and, based on events alleged to have occurred during Ms. Martinez's employment in 2017, asserts causes of action under

Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, the Family Medical Leave Act, and related claims under Nevada law.

2. At all relevant times alleged in the Complaint, Ms. Martinez was employed by Circus and Eldorado Joint Venture, LLC, which is the proper party to answer the allegations of Plaintiff's Complaint.

3. Therefore, it is stipulated and agreed that Circus and Eldorado Joint Venture, LLC, shall be substituted as the defendant in this matter and that all claims asserted in this action against Circus and Eldorado Joint Venture, LLC shall relate back to the original filing of this action pursuant to Rule 15(c)(1)(C) of the Federal Rules of Civil Procedure.

4. Going forward the caption in this case shall be amended naming Circus and Eldorado Joint Venture, LLC, in the place and stead of Caesars Entertainment, Inc., which shall be and is hereby dismissed without prejudice with each party bearing his or its fees and costs.

5. Undersigned counsel for Caesars hereby acknowledge acceptance of service of the complaint as duly authorized counsel for Circus and Eldorado Joint Venture, LLC, and the answer filed by Caesars Entertainment, Inc. on June 9, 2021 (ECF No. 10) shall constitute the appearance and answer of Circus and Eldorado Joint Venture, LLC .

///
///
///
///
///
///
///
///

6. The parties do not anticipate that this stipulation will require any amendment to the Stipulated Discovery Plan and Scheduling Order entered on July 12, 2021 (ECF No. 17).

Dated: January 5, 2022.

| | |
|---|---|
| KEMP & KEMP | McDONALD CARANO LLP |
| /s/ James P. Kemp | /s/ Chelsea Latino |
| James P. Kemp | Leigh Goddard, NV Bar No. 6315 |
| Nevada Bar No. 006375 | Chelsea Latino, NV Bar No. 14227 |
| 7435 W. Azure Drive, Suite 110 | 100 W. Liberty St., Tenth Floor |
| Las Vegas, NV 89130 | Reno, Nevada 89501 |
| (702) 258-1183 | (775) 788-2000 |
| jp@kemp-attorneys.com | lgoddard@mcdonaldcarano.com |
| | clatino@mcdonaldcarano.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: January 6, 2022