JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Ph. (702) 258-1183 / Fax (702) 258-6983
jp@kemp-attorneys.com
*Attorneys for Plaintiff Christopher P. Burke*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER P. BURKE, in his capacity as Bankruptcy Trustee for the Bankruptcy Estate of ALIX ANGELA MARTINEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CIRCUS AND ELDORADO JOINT VENTURE, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 3:21-cv-00194-HDM-CSD<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff CHRISTOPHER P. BURKE in his capacity as Bankruptcy Trustee for the Bankruptcy Estate of ALIX ANGELA MARTINEZ, and Defendant Circus and Eldorado Joint Venture, LLC (having been substituted as the correct defendant, ECF Nos. 29, 30), by and through their respective attorneys of record, having agreed to resolve this matter, hereby stipulate to dismiss the entire action and all claims set forth in Plaintiff's Complaint, with prejudice.

///
///
///
///
///
///

The parties further agree that they will each bear their own costs and attorneys' fees.

DATED this __23rd__ day of August, 2022.   DATED this __23rd__ day of August, 2022.

**McDONALD CARANO**   **KEMP & KEMP**

_/s/ Chelsea Latino_ .
Chelsea Latino, Esq.
Attorneys for Defendant

_/s/ James P. Kemp_ .
James P. Kemp, Esq.
Attorneys for Plaintiff

IT IS SO ORDERED.

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE

DATED:  August 23, 2022